## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **E.L. DUGAN,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-17-1221-R** |
| | ) | |
| **STATE FARM MUTUAL INS. CO.,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>JUDGMENT</u>

In accordance with this Court's order entered today, judgement is hereby entered in favor of Defendants.

Entered this 3rd day of April, 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE